IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIM. ACTION NO. 6:11CR50 |
| DUSTIN JAMES POOLE | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant's motion to suppress has been presented for consideration. The Report and Recommendation recommends that the Motion to Suppress (document #20) be denied. Defendant filed written objections to the Report and Recommendation on January 9, 2012.

Having made a *de novo* review of the written objections filed by Defendant, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Suppress (document #20) is **DENIED**.

**SIGNED this 13th day of January, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE